**IT IS ORDERED as set forth below:**



Date: April 26, 2018

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN THE MATTER OF: ) | Chapter 13 |
| MICHAEL S MANNING ) | |
| 4613 MULBERRY CREEK DRIVE ) | Case No: 13-10745-SDB |
| EVANS, GA 30809 ) | SSN:  XXX-XX-6357 |
| ) | |

TO:   THOMAS POTEET & SON FUNERAL DIRECTORS
      214 DAVIS RD
      ATTN PAYROLL
      AUGUSTA, GA 30907

## RELEASE OF WAGES

The Order heretofore entered in this proceeding by which the Debtor's employer was required to pay Debtor's earnings, or a portion thereof, to:

OFFICE OF THE CHAPTER 13 TRUSTEE - AUGUSTA
P.O. BOX 102173
ATLANTA, GEORGIA  30368-2173

is vacated and the above-named employer will henceforth account directly to the employee for wages earned.

[END OF DOCUMENT]

Ward & Spires LLC
Attorney At Law
P O Box 1493
Augusta, GA 30903